**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| (1) DAVID AL'HAMZAWI d/b/a OKLAHOMA BUILDING SUPPLY | § § § | |
| Plaintiff, | § | |
| vs. | § | CASE NO. 13 CV-29-JED-TLW |
| (1) STATE FARM FIRE AND CASUALTY COMPANY | § § § § | |
| Defendant. | § | JURY DEMANDED |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), Plaintiff, David Al'Hamzawi d/b/a Oklahoma Building Supply, and Defendant State Farm Fire and Casualty Company, file this Stipulation of Dismissal because all matters in controversy have been resolved between the parties. The parties respectfully request that the Court dismiss this case with prejudice.

By   /s/ Ron D. Brown
Mr. Ron D. Brown, OBA #16352
THE BROWN LAW FIRM, P.C.
320 S. Boston, Suite 1130
Tulsa, OK 74103

**COUNSEL FOR PLAINTIFF**

By   /s/ Daniel C. Andrews
Daniel C. Andrews, OBA #19392
JONES, ANDREWS & ORTIZ, P.C.
21 E. Main St., Suite 101
Oklahoma City, Oklahoma  73104
**ATTORNEYS IN CHARGE FOR
DEFENDANT, STATE FARM FIRE AND
CASUALTY COMPANY**